**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Chadriquez Devon WILLIAMS,
Defendant–Appellant.**

**No. 15-7914**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 4, 2016

Decided: August 26, 2016

Chadriquez Devon Williams, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chadriquez Devon Williams appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Chadriquez, Nos. 4:09–cr–00039–MFU–RSB–1; 4:13–cv–80576–SGW–RSB (W.D. Va. Sept. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED